ALEXANDER R. GEBBIE et al., Respondents, *v.* LOVITT E. STITT, Appellant.

Reported below, 82 Hun, 93.
(Argued December 9, 1895; decided December 19, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 20, 1894, which affirmed an order of Special Term denying a motion to dissolve a preliminary injunction.

*H. C. Cook* for appellant.

*Frank Bowman* for respondents.

Appeal dismissed, with costs; no opinion.
All concur.

---

THE PEOPLE ex rel. ORRANDO P. DEXTER, Appellant, *v.* ELIJAH A. PALMER et al., Assessors of the Town of Waverly, Respondents.

Reported below, 86 Hun, 513.
(Argued December 9, 1895; decided December 19, 1895.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 14, 1895, which affirmed an order of the Special Term and the judgment entered thereon dismissing a writ of certiorari.

*John P. Badger* for appellant.

*John P. Kellas* for respondents.

Order affirmed, with costs; no opinion.
All concur.